

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ibrahim Olawale-Bankole

**Civil Action No.** 26-cv-01229-AGS-BLM

**Petitioner ,**

**V.**

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Respondent .**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons stated on the record at the March 5, 2026 hearing, petitioner Ibrahim Olawale Bankole's petition for a writ of habeas corpus is GRANTED in part. The case is hereby closed.

**Date:** _____3/5/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita _____

M. Fujita, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-01229-AGS-BLM

Respondents:

Pam Bondi
Attorney General of the United States, in her official capacity

Kristi Noem
Secretary of the U.S. Department of Homeland Security in her official capacity

Executive Office for Immigration Review

Todd Lyons
Acting Director of U.S. Immigration and Customs Enforcemnt, in his official capacity

Patrick Divver
ICE Field Office Director for San Diego County, in his official capacity

Warden of Otay Mesa Detention Facility